Order entered November 2, 2015



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00801-CV

### JAY SANDON COOPER, Appellant

### V.

### JUDGE PAUL MCNULTY, Appellee

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-01611-2015**

## ORDER

Before the Court are appellant's October 30, 2015 verification he has paid or made arrangements to pay the reporter's fee and November 2, 2015 letter requesting we correct Court records to reflect he does not owe the $195 fee for filing this appeal. Having concluded by opinion entered July 23, 2015 that the trial court did not abuse its discretion in sustaining the contest to appellant's affidavit of indigence, we **DENY** appellant's request to correct Court records. *See* TEX. R. APP. P. 5. We **ORDER** appellant to pay the $195 filing fee no later than November 23, 2015 and **ORDER** court reporter Indu Bailey to file the reporter's record no later than December 2, 2015.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Bailey and the parties.

/s/ CRAIG STODDART
JUSTICE